**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Warren Gerard Wright** | Social Security number or ITIN | **xxx–xx–8003** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Utah** | | |
| Case number: **20–22659 RKM** | Chapter 7 | Petition date: 5/2/20 | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Warren Gerard Wright

12/17/20

**By the court:** R. Kimball Mosier
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of Utah

In re: Case No. 20-22659-RKM

Warren Gerard Wright Chapter 7

Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: jtt Page 1 of 2

Date Rcvd: Dec 17, 2020 Form ID: 318 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Warren Gerard Wright, 900 Country Club, Tooele, UT 84074-9631 |
| 11614473 | + | Aldous and Associates, PLLC, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117-1374 |
| 11614475 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 11614480 | + | Jdb Utah Finance/cnac, 3638 S. State, Salt Lake City, UT 84115-4753 |
| 11614482 | + | North American Recovery, Attn: Bankruptcy, Po Box 271014, Salt Lake City, UT 84127-1014 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 11614474 | + | Email/Text: banko@bonncoll.com | Dec 18 2020 04:18:00 | Bonneville Collections, Po Box 150621, Ogden, UT 84415-0621 |
| 11614476 | + | Email/Text: CASCADE@CASCADECOLLECTIONS.COM | Dec 18 2020 02:28:00 | Cascade Collections Ll, PO Box 3166, Salem, OR 97302-0166 |
| 11614477 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 18 2020 02:27:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 11614478 | + | EDI: AMINFOFP.COM | Dec 18 2020 04:53:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 11614479 | + | EDI: IRS.COM | Dec 18 2020 04:53:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11614481 | + | Email/Text: bureauknight@yahoo.com | Dec 18 2020 02:27:00 | Knight Adjustment Bureau, Attn: Bankruptcy, 5525 South 900 East Suite 215, Salt Lake City, UT 84117-3500 |
| 11739610 | + | EDI: MID8.COM | Dec 18 2020 04:53:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 11623965 | + | Email/Text: clarson@macu.com | Dec 18 2020 02:27:00 | Mountain America Credit Union, PO Box 2331, Sandy, UT 84091-2331 |
| 11614483 | | Email/Text: info@plazaservicesllc.com | Dec 18 2020 02:27:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |
| 11614484 | + | EDI: SECFIN.COM | Dec 18 2020 04:53:00 | Security Finance, Attn: Bankruptcy, Po Box 1893, Spartanburg, SC 29304-1893 |
| 11757674 | + | EDI: SECFIN.COM | Dec 18 2020 04:53:00 | Security Finance Corporation, Central Bankruptcy, P.O. Box 1893, Spartanburg, SC 29304-1893 |
| 11760569 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 18 2020 02:27:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 11614486 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 18 2020 02:27:00 | Tidewater Motor Credit, Attn: Bankruptcy, 6520 Indian River Rd, Virginia Beach, VA 23464 |
| 11614487 | + | EDI: UTAHTAXCOMM.COM | Dec 18 2020 04:53:00 | Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT 84134-9000 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
| --- | --- | --- |
| 11614485 | | Shaneal Beal, RETURNED MAIL--99999 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Jarred A. Henline | on behalf of Debtor Warren Gerard Wright jarred@henline-law.com henlinelaw@gmail.com;henlinejr75061@notify.bestcase.com |
| Michael F. Thomson | mthomson@rqn.com docket@rqn.com;mmontoya@rqn.com;pbrown@rqn.com;ut17@ecfcbis.com |
| Michael F. Thomson | on behalf of Trustee Michael F. Thomson mthomson@rqn.com docket@rqn.com;mmontoya@rqn.com;pbrown@rqn.com;ut17@ecfcbis.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4