**Form 291** [Ntc to Creditors]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>Warren Gerard Wright<br>Debtor(s). | Case No. 20−22659 RKM<br>Chapter 7 |

# NOTICE TO CREDITORS

The Trustee previously filed a Notice of Assets and Deadline to File a Proof of Claim by January 22, 2021. Please be advised that the Trustee has now filed a superseding Report of No Distribution and it is no longer necessary for you to file a Proof of Claim, as no distribution will be made.

Dated: December 17, 2020

David A. Sime
Clerk of Court

United States Bankruptcy Court

District of Utah

In re: Case No. 20-22659-RKM
Warren Gerard Wright Chapter 7
Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: jtt Page 1 of 2
Date Rcvd: Dec 17, 2020 Form ID: f291 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Warren Gerard Wright, 900 Country Club, Tooele, UT 84074-9631 |
| 11614473 | + | Aldous and Associates, PLLC, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117-1374 |
| 11614475 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 11614478 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 11614480 | + | Jdb Utah Finance/cnac, 3638 S. State, Salt Lake City, UT 84115-4753 |
| 11614482 | + | North American Recovery, Attn: Bankruptcy, Po Box 271014, Salt Lake City, UT 84127-1014 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 11614474 | + | Email/Text: banko@bonncoll.com | Dec 18 2020 04:18:00 | Bonneville Collections, Po Box 150621, Ogden, UT 84415-0621 |
| 11614476 | + | Email/Text: CASCADE@CASCADECOLLECTIONS.COM | Dec 18 2020 02:28:00 | Cascade Collections Ll, PO Box 3166, Salem, OR 97302-0166 |
| 11614477 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 18 2020 02:27:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 11614479 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 18 2020 02:27:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 11614481 | + | Email/Text: bureauknight@yahoo.com | Dec 18 2020 02:27:00 | Knight Adjustment Bureau, Attn: Bankruptcy, 5525 South 900 East Suite 215, Salt Lake City, UT 84117-3500 |
| 11739610 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2020 02:28:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 11623965 | + | Email/Text: clarson@macu.com | Dec 18 2020 02:27:00 | Mountain America Credit Union, PO Box 2331, Sandy, UT 84091-2331 |
| 11614483 | | Email/Text: info@plazaservicesllc.com | Dec 18 2020 02:27:00 | Plaza Services, LLC, Attn: Bankruptcy, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |
| 11614484 | + | Email/Text: bankruptcy.noticing@security-finance.com | Dec 18 2020 02:27:00 | Security Finance, Attn: Bankruptcy, Po Box 1893, Spartanburg, SC 29304-1893 |
| 11757674 | + | Email/Text: bankruptcy.noticing@security-finance.com | Dec 18 2020 02:27:00 | Security Finance Corporation, Central Bankruptcy, P.O. Box 1893, Spartanburg, SC 29304-1893 |
| 11760569 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 18 2020 02:27:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 11614486 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 18 2020 02:27:00 | Tidewater Motor Credit, Attn: Bankruptcy, 6520 Indian River Rd, Virginia Beach, VA 23464 |
| 11614487 | + | Email/Text: TXBANKRUPT@UTAH.GOV | Dec 18 2020 02:27:00 | Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT 84134-9000 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11614485 | | Shaneal Beal, RETURNED MAIL--99999 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jarred A. Henline | on behalf of Debtor Warren Gerard Wright jarred@henline-law.com henlinelaw@gmail.com;henlinejr75061@notify.bestcase.com |
| Michael F. Thomson | mthomson@rqn.com docket@rqn.com;mmontoya@rqn.com;pbrown@rqn.com;ut17@ecfcbis.com |
| Michael F. Thomson | on behalf of Trustee Michael F. Thomson mthomson@rqn.com docket@rqn.com;mmontoya@rqn.com;pbrown@rqn.com;ut17@ecfcbis.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4